

**NUMBER 13-14-00328-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN RE GREGORY B. SHANKS

---

**On Petition for Writ of Mandamus and
Petition for Writ of Prohibition.**

---

# ORDER

**Before Chief Justice Valdez and Justices Perkes and Longoria
Order Per Curiam**

Relator, Gregory B. Shanks, proceeding pro se, filed a petition for writ of mandamus through which he seeks to compel the trial court to issue rulings on several pending motions and to proceed with a speedy trial in cause number 17978 in the 329th Judicial District Court of Wharton County, Texas. Relator asserts that he has filed several motions, including motions for the appointment of counsel and motions for speedy trial, but the motions have not been timely ruled upon.

The Court requests the real party in interest, the State of Texas, acting by and through the District Attorney for Wharton County, Texas, to file a response to the petition for writ of mandamus on or before the expiration of ten days from today's date. *See* TEX. R. APP. P. 52.8(b).

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
2nd day of July, 2014.